374

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TONY WALSH, Defendant-Appellant.

(No. 54155;

First District—December 17, 1970.

*Rehearing denied January 21, 1971.*

Opinion by Mr. JUSTICE SCHWARTZ.

Gerald W. Getty, Public Defender, of Chicago, (Judith B. Smith, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

EUGENE MANION *et al.*, Plaintiffs-Appellants, *v.* FRANKLIN M. KREML *et al.*, Defendants-Appellees.

(No. 54169;

First District—October 27, 1970.